PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:  shanlyn_park@fd.org

Attorney for Defendant
KERRY CAROLINE O'MAHONY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00270-SOM-02 |
| | ) | |
| Plaintiff, | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF SUPERVISED |
| vs. | ) | RELEASE; DECLARATION OF |
| | ) | COUNSEL; EXHIBITS A-C; |
| KERRY CAROLINE O'MAHONY, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, KERRY CAROLINE O'MAHONY,

through counsel, Shanlyn A. S. Park, Assistant Federal Defender, and moves this

Honorable Court for an early termination of her five-year term of supervised

release.  Ms. O'Mahony has thus far successfully completed approximately four

years and six months of her five-year term of supervised release. Her current date

for termination of supervised release is April 9, 2008. Ms. O'Mahony is

respectfully requesting that this Court terminate her supervision six months earlier.

Pursuant to 18 U.S.C. § 3583(e)(1), this Court has the authority to

terminate a term of supervised release previously ordered and discharge the

defendant at any time after the expiration of one year of supervised release.

In deciding whether to grant early termination, the Court considers

the factors set forth in §§ 3553(a) (1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4)

through (a)(7), which are essentially as follows:

The nature and circumstances of the offense and the history and

characteristics of the defendant;

To afford adequate deterrence to criminal conduct.

To protect the public from further crimes of the defendant.

To provide the defendant with needed educational or vocational

training, medical care, or other correctional treatment in the most effective

manner.

On October 23, 2000, Ms. O'Mahony pled guilty to charges of felony

Conspiracy to Distribute Narcotics and  Possession With Intent to Distribute

Methamphetamine.  Thereafter, on March 20, 2001, she was sentenced to 27

months incarceration, five years of supervised release, a $5,000 fine, and a special assessment of $200. Shortly after her release on April 10, 2003, Ms. O'Mahony was placed on supervision.

During these past four and a half years she has been fully compliant with all the terms and conditions of supervision. Ms. O'Mahony has shown stability in every aspect of her life. Since her release, Ms. O'Mahony has married and had a family. She and husband Keane Manuel are proud parents of Malia, who is eight months old. See Exhibit "A," various photographs of Ms. O'Mahony and her family. In addition, she has maintained a stable employment record. Ms. O'Mahony is currently employed as a waitress at Big City Diner and has been with the company for approximately three years. Rob Nitta, the General Manager of Big City Diner at Ward Center, has written a letter on behalf of Ms. O'Mahony to her Probation Officer. In his letter, Mr. Nitta states:

> First and foremost, Kerry is very conscientious. There have been many times when she has put the benefit of others before herself. She is always there to lend a helping hand to a fellow co-worker in need, prides herself on providing our guests with the best possible service. From my standpoint, Kerry understands what I expect of her and gives utmost effort to accomplish the tasks at hand. She asks very little, but gives a lot.

<u>See</u> Exhibit "B," letter from Rob Nitta to Alysa Makahanaloa, dated January 19, 2007.  Her husband, Keane, has been employed for five years as the head painter for Home Improvement Specialist.  As a result of their hard work and diligent saving, in June of 2006, they were able to purchase their first home together, a condominium in Salt Lake.

Another area that Ms. O'Mahony has shown great success in has been maintaining her sobriety.  Ms. O'Mahony has been clean and sober since the day she was arrested.  She has successfully maintained her sobriety for the past seven years.  As part of a condition of her supervision, she was required to drug test.  In the four and a half years of supervision, she has never once tested positive.  As part of her efforts to continue to maintain her sobriety, Ms. O'Mahony voluntarily attends NA/AA meetings.  She maintains constant  communication with her sponsor and also serves as a mentor to others who are currently in treatment.  At these meetings, she does not hesitate to relate her own story in the hopes of reaching out and helping another person.

Ms. O'Mahony has written a letter to this Court expressing her feelings about her experience of being arrested and how it impacted her life.  Ms. O'Mahony concludes her letter to this Court by stating in part that "this whole experience has made me stronger and happier.  It has also helped me to grow

4

tremendously as a woman, wife and mother. This experience has truly saved my life, and for that I am grateful." <u>See</u> Exhibit "C," letter from Kerry O'Mahony Manuel, dated December 10, 2007.

As of August 6, 2004, Ms. O'Mahony completed payment on her $5,000 fine and special assessment, thereby completing her financial obligation to the Court.

On December 10, 2007, Counsel for Ms. O'Mahony spoke with Thomas Brady, Assistant United States Attorney, who prosecuted this case. After being informed of the progress that Ms. O'Mahony has made in the last four and a half years, Mr. Brady indicated that the government would not oppose Ms. O'Mahony's request for early termination of her supervised release.

In the past four and a half years, Ms. O'Mahony has shown stability in all areas of her life. She has fostered strong family relationships. She is a valued employee and is able to satisfy all of her financial obligations. Moreover, she continues to maintain her sobriety by voluntarily participating in treatment and assists other individuals in need. By her stability, Ms. O'Mahony has proven to this Court that she has learned from her past and possesses the qualities to live a law abiding and very productive life. Therefore, based upon her conduct on supervised release thus far, as well as the factors set forth in 18 U.S.C. § 3553(a),

it is respectfully requested that this Court order that Ms. O'Mahony's five-year

term of supervised release be terminated at this point in time.

      DATED:  Honolulu, Hawaii, December 11, 2007.


              /s/ Shanlyn A.S Park           

              SHANLYN A. S. PARK
              Attorney for Defendant
              KERRY CAROLINE O'MAHONY

## <u>CERTIFICATE OF SERVICE</u>

SHANLYN A. S. PARK, hereby certifies that on the date and by the

method of service noted below, a true and correct copy of the foregoing was served

on the following at the last known address:

THOMAS J. BRADY                    [Electronic through CM/ECF]
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA


ALYSA MAKAHANALOA            [Hand delivered]
United States Probation Officer
United States Probation Office
300 Ala Moana Boulevard, C-110
PJKK Federal Building
Honolulu, Hawaii  96850

DATED:  Honolulu, Hawaii, December 11, 2007.


/s/ Shanlyn A.S. Park
SHANLYN A. S. PARK
Attorney for Defendant
KERRY CAROLINE O'MAHONY