**EXHIBIT A**

Case 1:00-cr-00270-SOM    Document 66-3    Filed 12/11/2007    Page 1 of 4



Kerry with Malia when Malia was born.



Kerry, Keane and Malia Manuel



Malia with Dad, Keane



Kerry and Malia





Pictures of Malia