**EXHIBIT B**

**Big City Diner ~ Ward**
1060 Auahi Street, Bay 4
Honolulu, Hawaii 96814
Ph: 591-8891   Fax: 591-5571

Saturday, January 14, 2007

**RECEIVED**
**JAN 1 9 2007**
**U.S. PROBATION OFFICE**
**HONOLULU, HAWAII**

Dear Ms Alysa Makahanaloa,

I am writing this letter on behalf of Mrs. Kerry O. Manuel. She has been employed by my restaurant since February, 2005. In that time, Kerry has grown from someone who seemed unsure of herself, into one of this companies most valuable team members.

First and foremost, Kerry is very conscientious. There have been many times when she has put the benefit of others before herself. She is always there to lend a helping hand to a fellow co-worker in need, prides herself on providing our guests with the best possible service. From my standpoint, Kerry understands what I expect of her and gives utmost effort to accomplish the tasks at hand. She asks very little, but gives a lot.

Reliability is another reason why Kerry is a great employee. In my business, reliable employees are worth their weight in PLATINUM. Kerry is worth DOUBLE! Since she began working here, her attendance record has been nearly flawless. She rarely calls in sick and is always dressed and ready for work before her scheduled start time. Kerry has been exemplary in that she has always made herself available for work on weekends and holidays. She has also, on a few occassions, offered to rearrange her own work schedule to help a fellow team member.

Trustworthy is another excellent trait to describe Kerry. There has never been an instance when I questioned her integrity or honesty. She has always been open and forthright with me. I trust her completely and wholeheartedly.

Humbleness is a truly rare character trait in our society today. Kerry is one the most humble people I have ever known. Because of all the trials and tribulations she has been through, she never judges anyone negatively. Her rahabilitation has taught her tolerance and patience to a degree that most people do not possess. Kerry always tries to see the good in people no matter the situation. This has made her well-liked and respected by her peers.

There are many more outstanding qualities that Kerry Manuel possesses that I could continue writing about. It is my hope that this brief recommendation has given you a clear view that I believe Kerry is an exceptional person who has contributed mightily to MY success AND the success of Big City Diner. She is an individual who remembers her past and has made the right lifestyle choices to become a positive role model.

If I can be of any assistance, please do not hesitate to call me. I can be reached on my cell phone at #330-2066. Please leave a message if I do not answer. I look forward to any other correspondence you may require.

Sincerely,

Rob Nitta, General Manager