**EXHIBIT C**

December 10, 2007

Dear Judge Mollway,

I am writing this letter to inform you about the impact that being arrested and convicted for a federal drug offense has had on me and my life. I want to let you know that I truly believe it was the best thing that ever happened to me – it has essentially saved my life. At the time I was arrested, I was abusing alcohol and drugs and I was completely lost and without focus. Upon my arrest I was so scared, but I was somehow able to dig into the core of my being and start the process of rebuilding my life. I sought treatment for my alcohol and drug addiction. Through this process, I was able to rediscover myself and define my goals and dreams.

I will never forget the day that you sentenced me. I remember telling you about my hopes and future goals. I told you that I intended to live a clean and sober life one day at a time. I also expressed my wishes to marry my fiancé, Keane Manuel, and to start a family. You listened to what I said and granted my request to depart from my guidelines, and you sentenced me to twenty-seven months. You gave me this sentence because while you recognized that I had come so far in my substance abuse treatment, I still needed to be punished for the harm that my actions had caused. The twenty-seven month incarceration provided me with an opportunity to see how many lives are destroyed by drugs. It also gave me the chance to plan for my future and take the necessary steps to insure I would never put myself in these circumstances again.

I am now proud to say I have reached many of my goals. I married Keane on March 27, 2004, and we are the proud parents of our beautiful daughter, Malia, who was born on March 24, 2007. In addition, my husband and I achieved a life long dream by purchasing our first condominium seventeen months ago. We feel truly blessed and grateful to have these dreams come true. I have been working at Big City Diner for nearly three years, and I was a manager and supervisor at Yum Yum Tree Restaurant for two years prior to that. My husband has been working as the head painter for The Home Improvement Specialists for nearly five years. Through hard work, we are financially stable and share a clean and sober life together. I continue to work on my own sobriety, and I am proud to say that I have been clean and sober since the day of my arrest on June 19, 2000. I continue to voluntarily attend NA/AA meetings on a regular basis, and I am an active member in the proram where I share my own story with others. I have a strong relationship with my sponsor and know that these are the things I must do to maintain my sobriety. I also reach out to those that I know are struggling with addiction and try to mentor them. This helps to drive my own desire to stay clean.

In closing, I hope that you can see that by taking a chance on someone like me, good things can and do happen. I'll never forget seeing you in the hallway as I was leaving the probation office. I wanted to share with you how far I have come and to sincerely thank you for everything that you and everyone involved in my case has done for me. I still work on my plans for the future, and I want to continue my sobriety for the rest of my life in order to provide a loving and stable environment for my husband and child. I know

that life is not easy, for I have struggled many times, but I do know that this whole experience has made me stronger and happier. It has also helped me to grow tremendously as a woman, wife and mother. This experience has truly saved my life, and for that I am grateful.

Respectfully,

Kerry O'Mahony Manuel